■ JOSEPH A. DECK et al., Respondents, v LOUIS FUMERELLE et al., Defendants, and MERRIMACK MUTUAL FIRE INSURANCE

Co., Appellant. [656 NYS2d 988] —Order unanimously affirmed with costs for reasons stated in decision at Erie County Court, McCarthy, J. (Appeal from Order of Erie County Court, McCarthy, J.—Vacate Judgment.) Present—Denman, P. J., Green, Balio, Boehm and Fallon, JJ.